1  LAW OFFICE OF IRENE KARBELASHVILI
   IRENE KARBELASHVILI, SBN 232223
2  irene@irenelawoffice.com
   12 South First Street, Suite 413
3  San Jose, California 95113
   Telephone:  (408) 295-0137
4  Facsimile:   (408) 295-0142

5  LAW OFFICE OF KENNETH J. PINTO
   KENNETH J. PINTO, SBN 221422
6  12 South First Street, Suite 713
   San Jose, California 95113
7  Telephone:  (408) 289-1765
   Facsimile:   (408) 289-1754
8
   Attorneys for Plaintiff
9  RICHARD JOHNSON

10 HANSON BRIDGETT LLP
   KURT A. FRANKLIN, SBN 172715
11 kfranklin@hansonbridgett.com
   MEGAN OLIVER THOMPSON, SBN 256654
12 moliverthompson@hansonbridgett.com
   425 Market Street, 26th Floor
13 San Francisco, California 94105
   Telephone:  (415) 777-3200
14 Facsimile:   (415) 541-9366

15 Attorneys for Defendants
   RICHARD C CONGER and
16 CONGER FAMILY 2002 TRUST

17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| RICHARD JOHNSON, | CASE NO. 13-CV-01401-RMW |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | **[F.R.C.P. §§ 41(a)(1)(ii) and (2)]** |
| RICHARD C CONGER, TRUSTEE OF CONGER FAMILY 2002 TRUST, and DOES 1-20, | |
| Defendants. | |

5204867.2

-1-                                              13-CV-01401-RMW
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER

Plaintiff RICHARD JOHNSON and Defendants RICHARD C CONGER and CONGER FAMILY 2002 TRUST, by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure sections 41(a)(1)(ii) and (2).

Plaintiff filed this lawsuit on March 29, 2013. Defendants, who have answered the complaint, agree to the dismissal with prejudice. Plaintiff and Defendants further stipulate that each side shall pay its own attorneys' fees and costs.

The case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendants, by and through their attorneys of record, so stipulate.

DATED: July 2, 2013

LAW OFFICE OF IRENE KARBELASHVILI

By: _____
IRENE KARBELASHVILI
Attorneys for Plaintiff
RICHARD JOHNSON

DATED: July 2, 2013

HANSON BRIDGETT LLP

By: _____
KURT A. FRANKLIN
MEGAN OLIVER THOMPSON
Attorneys for Defendants RICHARD C. CONGER and CONGER FAMILY 2002 TRUST

1 ~~PROPOSED~~ ORDER

2   PURSUANT TO STIPULATION, IT IS SO ORDERED,

3   The lawsuit against Defendants is dismissed with prejudice.  Each side shall pay its own attorneys' fees and costs.

5   DATED: July FG, 2013

*Ronald M. Whyte*
JUDGE RONALD M. WHYTE